IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ESTATE OF KATELYN HICKS, DECEASED. through Katelyn Hicks' Personal Representative, WILLIAM DEAN HICKS, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 11-00594-CG-N<br>) |
| MATHEW C. WALLACK, M.D., | )<br>) |
| Defendant. | ) |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 2, 2012, is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that defendant's motion to dismiss is **DENIED** and that plaintiff's alternative request to transfer is **GRANTED**.   Accordingly, it is **FURTHER ORDERED** that the Clerk of this Court take such steps as are necessary to **TRANSFER** this action to the United States District Court for the Southern District of Mississippi.

**DONE** this 14th day of June, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE